CHARLES MIDDLETON, Respondent, *v.* SARAH BOARDMAN, Appellant.

*Appeal — examination before trial — questions of practice thereon within discretion of Supreme Court and not reviewable by Court of Appeals.*

*Middleton* v. *Boardman,* 210 App. Div. 467, 860, appeal dismissed.

(Submitted January 21, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered October 22, 1924, which affirmed an order of Special Term denying a motion to vacate a notice by the plaintiff to take the testimony of defendant before trial.

The following question was certified: " Should the examination of the defendant before trial be limited to the ownership, operation and control of the automobile involved in the accident? "

*F. A. W. Ireland* for appellant.

*John H. Donlan* for respondent.

Appeal dismissed, with costs, on the ground that the answer to the question certified rests in the discretion of the Supreme Court and, therefore, cannot be reviewed by us.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.